C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-08-81715 C-13D |
| Bernice S. Harris | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER CONTINUING HEARING

This case came before the Court on April 26, 2011, on Motion by American Home Mortgage ("Movant") for relief from the automatic stay entered in this case and the parties having moved for a continuance of the hearing, the Court finds the interest of the Movant is adequately protected, and good cause having been shown, it is

ORDERED that the hearing on the Motion is hereby continued until May 12, 2011, at 11:00 a.m. in the Courtroom, Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew Street, Durham, North Carolina.

# PARTIES IN INTEREST
## Page 1 of 1
## 08-81715 C-13D

Bernice S. Harris
2215 E. Indiana Ave.
Southern Pines, NC  28387

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Tamara R. Cornish, Esq.
10130 Perimeter Pkwy, Ste. 400
Charlotte, NC 28216